# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 5:18-cv-00025-PSG (SK) | Date | September 25, 2018 |
|---|---|---|---|
| Title | Aureliano Gomez Robles v. Nancy A. Berryhill | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

In January 2018, Plaintiff filed a pro se complaint challenging Defendant's denial of social security benefits. (ECF 1). Under the Court's scheduling order, Plaintiff had to send a settlement proposal to Defendant by email within 14 days of service of the administrative record. (ECF 7 at 1). Because Defendant served that record on May 16th (ECF 12), Plaintiff's deadline to make a settlement proposal was May 30, 2018, but he has not done so. (ECF 13). Plaintiff also had to provide his portion of the Joint Submission to Defendant within 35 days of service of Defendants' answer on June 27, 2018. (ECF 7 at 2; ECF 15). That deadline of August 1, 2018 has now passed with no submission by Plaintiff. (ECF 17).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE **on or before October 25, 2018**, why this action should not be dismissed for failure to prosecute and obey court orders. Plaintiff may discharge this Order to Show Cause by submitting his portion of the Joint Submission to Defendant by no later than **October 25, 2018** and submitting a notice to the Court within 48 hours that he has timely done so. Alternatively, the parties may stipulate to an extension of time for Plaintiff to submit his portion of the Joint Submission, in which case this Order to Show Cause may be discharged by the lodging of a proposed stipulated order for that extension by no later than **October 25, 2018**.

**Plaintiff is advised that the failure to comply with and file a timely response to this Order may result in this action being involuntarily dismissed.** *See* Fed. R. Civ. P. 41(b); L.R. 41-1. If Plaintiff wishes to voluntarily dismiss this action, he may do so by filing the attached notice of voluntary dismissal (CV-09).