# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIANO GOMEZ ROBLES,<br>　　　　　Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>　　　　　Defendant. | CASE NO. 5:18-cv-00025-PSG (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the Complaint and this action are dismissed without prejudice.

DATED: 2/11/19

HON. PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE